**Order entered October 17, 2022**



## In The
## Court of Appeals
## Fifth District of Texas at Dallas

### No. 05-22-00166-CV

### ALNA PROPERTIES II, LLC, Appellant

### V.

### QUENTIN PRINCE AND TYRA COBB INDIVIDUALLY AND AS NEXT FRIEND OF N.F., A MINOR, Appellees

**On Appeal from the 134th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-18-14895**

### ORDER

Before the Court is appellees' October 13, 2022 unopposed third motion to extend time to file their brief. We **GRANT** the motion and extend the deadline to October 27, 2022. However, we caution appellees that further extension requests will be strongly disfavored.

/s/    KEN MOLBERG
        JUSTICE